# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **8:06CR166** |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **CHANDRA WRIGHTSELL,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the court on the motion of Michael P. Meckna, to withdraw as counsel for the defendant, Chandra Wrightsell [10]. Since retained counsel, Beau G. Finley, has entered an appearance for the defendant [9], the motion to withdraw [10] is granted. Michael P. Meckna shall be deemed withdrawn as attorney of record and shall forthwith provide Beau G. Finley with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Meckna which are material to the defendant's defense.

**IT IS SO ORDERED.**

DATED this 3rd day of July, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge