IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:06CR166 |
| CHANDRA WRIGHTSELL, | ) ) | **ORDER** |
| Defendant. | ) ) | |

Before the court is defendant's Motion to Withdraw Motion for Bill of Particulars [21]. Said motion shall be granted and the Motion for Bill of Particulars [15] is deeded withdrawn. The hearing scheduled for September 18, 2006 is cancelled.

IT IS SO ORDERED.

DATED this 18th day of September, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge