## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR166** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **CHANDRA WRIGHTSELL,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on its own motion.

Because the Defendant's check in the amount of $455.00 for her appeal fee has been returned for insufficient funds,

IT IS ORDERED that the Clerk send a copy of this order to the Clerk for the United States Court of Appeals for the Eighth Circuit, thereby notifying the appellate Clerk that the Defendant has not paid her appeal fee.

DATED this 13th day of March, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge